THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CULLEN, Appellant, against THOMAS H. MURPHY, as Warden of Clinton Prison, Respondent.

Submitted September 28, 1939; decided October 17, 1939.

*William Cullen,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (Victor F. Boire, Patrick H. Clune* and *Everett D. Mereness* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.